PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Jeffery Bradford</u>          Case Number: <u>3:13-00028</u>

Name of Judicial Officer: <u>Aleta A. Trauger, U. S. District Judge (Jurisdiction transferred from Harry S. Mattice, Jr., U.S. District Judge, Eastern District of Tennessee)</u>

Date of Original Sentence: <u>February 27, 2012</u>

Original Offense: <u>Conspiracy to Violate the Horse Protection Act</u>

Original Sentence: <u>1 year probation</u>

Type of Supervision: <u>Probation</u>          Date Supervision Commenced: <u>February 27, 2012</u>

Assistant U.S. Attorney: <u>(none assigned yet)</u>          Defense Attorney: <u>(none assigned yet)</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 1st day of May, 2013, and made a part of the records in the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Karen Webb

U.S. Probation Officer
Karen L. Webb

Place      Columbia, Tennessee

Date       April 24, 2013

Page One

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall support his dependents and meet other family responsibilities:**
Mr. Bradford was arrested for contempt of court in Maury County on February 19, 2013, as a result of his child support delinquency of $14,634.73. He was released on March 27, 2013, after posting a $500 cash bond.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Bradford was sentenced in the Eastern District of Tennessee on February 27, 2012, after pleading guilty to Conspiracy to Violate the Horse Protection Act. He was placed on probation for one year. His supervision was transferred to the Middle District of Tennessee as Mr. Bradford lived here. Mr. Bradford's probation was extended by an additional year due to his failure to pay the $1,000 fine imposed in his case. Jurisdiction of his case was transferred to Middle Tennessee on February 6, 2013.

Mr. Bradford currently resides with his wife in Columbia, Tennessee. He is employed with Jimmy Stacy Construction in Mooresville, Tennessee. Mr. Bradford and his wife have struggled financially, especially with his wife's recent layoff. He plans to pay off his fine with an anticipated federal income tax return.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting no action at this time. The U. S. Attorney's Office was notified of the violation and concurs with this recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer